| | | |
|---|---|---|
| | * | IN THE |
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | Misc. AG Docket No. 5 |
| SPENCER MICHAEL HECHT | * | September Term, 2022 |
| | * | |

**O R D E R**

Upon consideration of the Joint Petition for Reprimand by Consent filed by the Petitioner, the Attorney Grievance Commission of Maryland, and Respondent, Spencer Michael Hecht, in which the parties advise that the Respondent agrees that his conduct, as described in the Joint Petition, violated Rule 19-303.4(c) (fairness to opposing party and counsel) of the Maryland Attorneys' Rules of Professional Conduct and that the Respondent consents to a reprimand as the appropriate sanction, it is this 24th day of January 2023

ORDERED, by the Supreme Court of Maryland, that the Respondent, Spencer Michael Hecht, is REPRIMANDED for violating Rule 19-303.4(c) of the Maryland Attorneys' Rules of Professional Conduct.

/s/ Shirley M. Watts
Senior Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk